# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1745
_____

SANIECIA DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 2, 2026

PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Saniecia Davis, pro se, Appellant.

James Uthmeier, Attorney General, and Ryan Edward Roy, Assistant Attorney General, Tallahassee, for Appellee.